**Plaintiff's Identified Instances of Copyright Infringement**

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Harvest Breeze IV | 1-293-807 | | | This product was previously listed at this link on AliExpress as until at least August 13, 2025. |
| Around the Lake II | 1-256-410 | | | This product is currently available on AliExpress at this link (last visited June 2, 2026). |

1

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Gazebo by the Sea | 1-181-563 | | | This product is currently available on AliExpress at this link (last visited June 2, 2026). |

2

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Autumn Oasis II | 1-218-811 |  | | This product was previously listed on AliExpress at this link until a least January 14, 2026. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| A New Day | 610-257 | | | This product is currently available on Alibaba at this link (last visited June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Endless Skies | 728-712 |  | | This product was previously listed on AliExpress at this link until at least January 14, 2026.<br><br>It is the product being sold as reflected in the right tab of the Alibaba image and the third image from the left under the "Variations" and "Color" tab." |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Gazebo by the Sea | 1-181-563 | | | This product is currently available on Alibaba at this link (last visited June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| As Winter Calls | 610-257 | | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

7

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Butterfly Garden II | 1-256-423 |  | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| By the Falls II | 1-218-716 |  | | This product is currently available on AliExpress at this link (last visited, January 20, 2026). |

9

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Country Home | 1-110-107 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Down by the Water | 610-257 | | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Dream Landscape | 1-198-477 |  | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Endless Skies | 728-712 | | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Heaven on Earth | 1-198-476 |  | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Island Paradise | 1-218-020 |  | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

15

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Light of Day | 610-257 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| Nature's Embrace | 1-061-454 | | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |



| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| On a Clear Day | 610-257 | | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| The Glory of Life | 610-257 |  | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| The Glory of Life | 610-257 | | | This product is currently available on AliExpress at this link (last visited June 2, 2026). |

19

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Coastal Holiday Light II | 1-273-149 |  | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

20

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Winter Solitude | 1-218-027 | | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Holy Night | 1-011-742 |  | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| In Winter's Home | 610-257 | | | This product was previously listed on AliExpress at this link until at least, January 20, 2026). |

23

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Gingerbread Light II | 990-187 |  | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| In the Falling Snow | 1-012-262 |  | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

25

| Guiding Lights | 1-218-817 |  | This product was previously listed on AliExpress at this link (last visited, January 20, 2026). |
| --- | --- | --- | --- |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Midnight Singers III | 1-273-162 | | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

27

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| | | | | |

| Countryside Christmas II | 1-273-157 |  | | This product was previously listed on AliExpress at this link until at least January 20, 2026. |

| Christmas Cabin II | 1-273-147 |  | This product was previously listed on AliExpress at this link until at least January 20, 2026. |
|---|---|---|---|

| Upon the Night | 728-712 |  | This product was previously listed on AliExpress at this link until at least January 20, 2026. |
| --- | --- | --- | --- |

31

| Natures Embrace | 1-061-454 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| --- | --- | --- | --- |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Down the Calming Stream II | 1-110-111 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| | | | | |

| Glory to the Sun II | 1-110-109 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| --- | --- | --- | --- |

| Garden Walk | 1-181-567 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Majesty | 1-256-400 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Make a Wish II | 1-134-301 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
|---|---|---|---|

| Our Own Heaven II | 1-110-116 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| --- | --- | --- | --- |

| Beautiful Blossoms | 1-138-902 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
|---|---|---|---|

| By the Falls II | 1-218-716 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
|---|---|---|---|

| Harmony | 650-537 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
|---|---|---|---|

42

| Nature Sings to Me II | 1-170-560 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| --- | --- | --- | --- |

| Nature Sings to Me | 610-257 |  | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Holiday Welcome II | 1-103-895 | | | This product was previously listed at this link on AliExpress until at least January 23, 2026. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| In the Falling Snow | 1-012-262 |  | | This product was previously listed at this link on AliExpress until at least January 23, 2026. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Nature's Gift | 1-056-302 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

47

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| New Friends | 1-193-947 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| New Friends | 1-193-947 | | | This product was previously listed on AliExpress at this link until at least August 13, 2025. |



| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Colours of Awakening II | 1-110-110 | | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Secret Garden | 1-095-254 |  | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| It Will be a Good Day | 610-257 |  | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |
| Sunlit Shores | 1-026-394 | | | This product is currently available on AliExpress at this link (last visited, June 2, 2026). |

51

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| The Spirit of Love | 1-564-324 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

52

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Country Mill | 1-181-573 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| October Skies | 1-339-473 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |



| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Coming Home | 610-257 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Harvest Breeze | 650-537 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

55

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Beautiful Blossoms | 1-138-902 |  | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| Dragonfly Garden II | 1-256-392 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Make a Wish II | 1-134-301 |  | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |
| Beautiful Blossoms | 1-138-902 | | | This product was previously listed on AliExpress at this link until at least January 23, 2026. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Glory to the Sun II | 1-110-109 | | | This product was previously listed on AliExpress at this link until at least January 23, 2026. |
| Make a Wish II | 1-134-301 | | | This product was previously listed on AliExpress at this link until at least January 23, 2026. |



| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| By the Peaceful Shore | 985-713 |  | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |
| Divine Light | 1-358-499 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Sail Among Your Dreams | 728-712 |  | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |
| Sunlit Shores | 1-026-394 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| The Perfect Place | 610-257 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |
| Autumn Light | 1-181-564 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |



61

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Winter Barn III | 1-273-170 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Dawn of Light II | 1-256-391 |  | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |
| Daydream II | 1-060-581 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Warmth of the Sky | 610-257 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |
| Memories II | 1-218-822 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |



64

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Soon the Light | 569-601 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |
| Gazebo by the Sea | 1-181-563 | | | This product was previously listed at this link on AliExpress until at least August 13, 2025 |



| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Winter Barn II | 1-217-990 |  | | This product is currently available on Alibaba.com at this link (last visited June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Gazebo by the Sea | 1-181-563 | | | This product was previously listed at this link on Alibaba.com until at least August 13, 2025. |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Coastal Escape | 1-110-099 |  | | This product is currently available on Alibaba.com at this link (last visited, June 2, 2026). |

| Title of Plaintiff's Original Work; Words To the Effect of | Copyright Registration Number | Image of Plaintiff's Original Work | Image of the Identified Copyrighted Product on Defendants' E-Commerce Sites (AliExpress.com and Alibaba.com) | URL Information |
|---|---|---|---|---|
| Endless Skies | 728-712 |  | | This product is currently available on Alibaba.com at this link (last visited, June 2, 2026). |